427 A.2d 651

**Richard DiSALLE, Plaintiff,**

**and**

**Joan DiSalle, his wife, Plaintiff-Appellant,**

**v.**

**PG PUBLISHING COMPANY, trading as the Pittsburgh Post-Gazette, a corporation, Defendant-Appellee.**

Supreme Court of Pennsylvania.

Submitted March 3, 1981.

Decided April 15, 1981.

Daniel M. Berger, Berger, Kapetan, Malakoff & Meyers, Pittsburgh, for plaintiff-appellant.

Frederick N. Egler, Egler & Reinstadtler, Pittsburgh, for defendant-appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Court of Common Pleas of Washington County is affirmed.